IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC D. SCOTT, | ) | No. C 11-3128 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN G.D. LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    On June 24, 2011, Petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus. On October 21, 2011, the Court issued an order to show cause, and denied Petitioner's motion for leave to proceed in forma pauperis. In the same order, the Court directed Plaintiff to pay his $ 5.00 filing fee within thirty days, or face dismissal of this action. More than thirty days have passed, and Petitioner has not paid his filing fee, nor otherwise communicated with the Court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/6/11

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\pro-se\sj.lhk\hc.11\Scott128dis