IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. SCOTT,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN G.D. LEWIS,<br><br>    Respondent. | No. C 11-3128 LHK (PR)<br><br>JUDGMENT |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/6/11

LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\hc.11\Scott128jud