IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC D. SCOTT, | ) | No. C 11-3128 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN G.D. LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/6/11

_____
LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\hc.11\Scott128jud