IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. SCOTT,<br><br>    Petitioner,<br><br>  vs.<br><br>G.D. LEWIS, Warden,<br><br>    Respondent.<br>_____/ | No. C 11-3128 LHK (PR)<br><br>ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE AMENDED TRAVERSE |

    On January 25, 2012, Petitioner notified the Court that he had not received a copy of Respondent's answer to his Petition for Writ of Habeas Corpus. Respondent is ordered to send Petitioner a copy of his Answer, filed on December 22, 2011.

    Petitioner shall have forty-five days from the filing date of this order in which to file an amended Traverse, should he wish to do so. If Petitioner does not file an amended Traverse, the Court will consider the original Traverse, filed on February 17, 2012, as the operative pleading.

DATED: 3/8/12

LUCY H. KOH
United States District Judge

Order Sua Sponte Granting Extension Of Time to File Amended Traverse
G:\PRO-SE\SJ.LHK\CR.12\Scott128 EOTgrant.wpd